# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **CAROLINA JUAREZ,** et al., ) | |
| ) | No. 15 cv 4392 |
| Plaintiffs ) | |
| ) | Honorable Judge John W. Darrah |
| v. ) | |
| ) | |
| **MCDIVA, INC.,** et al. ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, **CAROLINA JUAREZ** ("Plaintiff"), and Defendants, **MCDIVA, INC., A/K/A OVIEDO TOO, INC., D/B/A MCDONALDS, VIRGINIA OJEDA,** and **MICHAEL OJEDA** ("Defendants"), by and through their respective undersigned attorneys in this regard, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal without prejudice of each of Plaintiff's claims asserted in this lawsuit, without costs or fees awarded, and further stipulate that the Order dismissing this action shall convert to a dismissal with prejudice on December 11, 2015, unless either party requests reinstatement of this action for the purpose of enforcing the terms of the parties' settlement.

Dated: November 11, 2015                                  Respectfully submitted,

s/ *Peter J. Gillespie*                                   s/ *John W. Billhorn*
Joel W. Rice                                              John W. Billhorn
Peter J. Gillespie                                        Billhorn Law Firm
FISHER & PHILLIPS LLP                                     53 West Jackson
10 S. Wacker Drive, Suite 3450                            Suite 840
Chicago, IL 60606                                         Chicago, IL 60604
Telephone: (312) 346-8061                                 Telephone: (312) 853-1450
Fax: (312) 346-3179                                       jbillhorn@billhornlaw.com
cannunziata@laborlawyers.com
pgillespie@laborlawyers.com

1

## **CERTIFICATE OF SERVICE**

The undersigned attorney of FISHER & PHILLIPS LLP certifies as follows:

 That, on November 11, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and caused to be served a true and correct copy of same to all counsel of record.

                s/ *Peter J. Gillespie*